**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angelina C. PATAO, Defendant–Appellant.**

**No. 07–10266.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

Michael K. Kawahara, Esq., USH—Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. Mcmillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Angelina C. Patao appeals from her guilty-plea conviction and 200–month sentence for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Patao's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. The government has filed a motion to dismiss the appeal.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. We affirm the conviction, and we dismiss the appeal of the sentence based on a valid appeal waiver.

Counsel's motion to withdraw is granted.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The government's motion to dismiss is granted in part.

Conviction **AFFIRMED;** Appeal of sentence **DISMISSED.**

